FILED & ENTERED

SEP 21 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY yepes DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE:

LAURA A. ALLEN,

Debtor.

**CASE NO. 6:14-BK-23913-MJ**

**Chapter 13**

**ORDER REGARDING DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM OF TUSCANY HILLS LANDSCAPE AND RECREATION CORPORATION, CLAIM NO. 3-2**

**JUDGE: Hon. Meredith A. Jury**

| | |
|---|---|
| **DATE:** | **September 18, 2017** |
| **TIME:** | **1:30 p.m.** |
| **C.R.:** | **301** |

Laura A. Allen's ("Debtor") Objection to Amended Proof of Claim of Tuscany Hills Landscape and Recreation Corporation ("Association"), Claim No. 3-2, filed on May 15, 2017, ("Objection") came on regularly for hearing on September 18, 2017 at 1:30 p.m. in Department 301 of the above-captioned court, the Honorable Meredith A. Jury, presiding. Debtor appeared, by and through its attorneys of record, John F. Brady & Associates, by John F. Brady. Association appeared, by and through its attorneys of record, Peters & Freedman, L.L.P., by

Dyanne L. Peters.

The Court, having considered the Objection, Opposition, Reply to Opposition, Supplemental Opposition, Reply to Supplemental Opposition, all other pleadings filed in this matter and oral statements made at the hearing, finds as follows:

1. The total amount to be included in Association's amended Proof of Claim, filed on July 11, 2016 ("Amended POC") is $11,416.77. This amount includes the following:

a. $5,375.01; the amount of the original proof of claim filed on December 22, 2014.

b. $5,405.00; the amount of attorney's fees and collection costs calculated by the Court for the Amended POC period.

c. $636.76; the amount due on all unpaid assessments, late charges, and interest during the Amended POC period.

**IT IS THEREFORE ORDERED:**

1. The total amount to be included in Tuscany Hills Landscape and Recreation Corporation's Amended Proof of Claim, Claim No. 3-2, is $11,416.77.

**2. Claim 3-1 is disallowed.**

**IT IS SO ORDERED.**

DATED: ____________, 2017

___________________________________
JUDGE, U.S. BANKRUPTCY COURT

Date: September 21, 2017

Meredith A. Jury
United States Bankruptcy Judge