FILED & ENTERED

APR 18 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY yepes DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re

LAURA A. ALLEN,

Debtor.

Case No. 6:14-bk-23913-MJ

Chapter: 13

**ORDER GRANTING IN PART APPLICATION FOR ATTORNEY'S FEES BY ATTORNEY FOR DEBTOR**

Date: April 9, 2018
Time: 1:30 p.m.
Courtroom: 301

The Attorney's Fee Application of Attorney for the Debtor against the Tuscany Hills Homeowners Association and in the alternative for payment of those fees from the estate came on regularly for hearing on April 9, 2018 in Courtroom 301 of above-entitled court, the Honorable Meredith Jury presiding. Appearances were as stated on the record.

The court made findings and conclusions regarding the application on the record. Based on those findings and conclusions,

IT IS ORDERED as follows:

1. The court awards $2000 in fees payable by Tuscany Hills Homeowners Association to the attorney for the Debtor John F. Brady. These fees shall be awarded by way of a reduction of the HOA's Proof of Claim by $2000. The trustee shall pay that $2000 as an administrative priority claim to Mr. Brady.
2. The court awards an additional $2500 in fees and $98.60 in expenses to Mr. Brady, such fees to be paid by the estate as an administrative priority claim. The total supplemental fee award based on this fee application to Mr. Brady will be $4500, plus $98.60 in expenses.

###

Date: April 18, 2018

Meredith A. Jury
United States Bankruptcy Judge